

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

February 21, 2023

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007-1312



**Re:** *Murphy v. Alvernia University,* **Civil Action No.: 1:23-cv-00296-KPF**

Dear Judge Failla:

      This office represents Defendant Alvernia University ("Defendant") in the above-referenced action. We write to respectfully request: (1) a 30-day extension of time for Defendant to respond to the Complaint, up to and including March 25, 2023; (2) a 30-day adjournment of the Initial Conference currently scheduled for March 21, 2023 at 2:30 p.m.; and (3) a corresponding extension of the deadline to file pre-conference submissions.

      By way of background, Plaintiff commenced this action on January 12 2023. (ECF No. 1.) Defendant was served with the Complaint on February 2, 2023. (ECF No. 7.) Accordingly, Defendant's deadline to respond to the Complaint is presently February 23, 2023. On January 18, 2023, the Court scheduled an Initial Conference for March 21, 2023, with pre-conference submissions due March 16, 2023 (ECF No. 6.)

      This is the first request for an extension of these deadlines which, if granted, will not affect any other scheduled dates. The reason for these requests is to provide additional time for Defendant to investigate the allegations in order to respond to the Complaint, and for the parties to explore the possibility of a non-litigated resolution. This office has communicated with counsel for Plaintiff, and Plaintiff consents to these requests.

      We thank the Court in advance for its time and attention to this matter.



Hon. Katherine Polk Failla
February 21, 2023
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record

---

Application GRANTED in part.  Defendant shall respond to the Complaint by **March 27, 2023**.  The initial pretrial conference scheduled to take place on March 21, 2023, is hereby **ADJOURNED to April 4, 2023, at 12:00 p.m.** Because any pre-conference submissions are tethered to Defendant's time to respond to the Complaint, the Court does not believe that a 30-day adjournment of the initial pretrial conference is necessary.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated:    February 21, 2023            SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE